AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

United States District Court
Southern District of Texas
**FILED**

SEP 28 2016

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA
V.
Antonio Vaires-Arevalo

## CRIMINAL COMPLAINT

Case Number: M-16-1792-M

IAE   YOB: 1984
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 26, 2016** in **Hidalgo** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Penitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Antonio Vaires-Arevalo was encountered by Border Patrol Agents near Penitas, Texas on September 26, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on September 26, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 26, 2016, through Houston, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 4, 2007, the defendant was convicted of 8 USC 1326 Illegal Re-Entry and sentenced to fifteen (15) months confinement and two (2) years supervised release term.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Approved Joseph Leonard
Sworn to before me and subscribed in my presence,

September 28, 2016

Peter E. Ormsby                , U.S. Magistrate Judge
**Name and Title of Judicial Officer**

Signature of Complainant
Julio C. Peña         Senior Patrol Agent

Signature of Judicial Officer